IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DANIEL AGUILERA ORTEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br><br>Respondent. | CASE NO. 1:26-CV-07966-KES-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 8) |

For good cause being shown, the Court hereby grants Respondent's motion for a five-day extension of time, through and including Tuesday, October 27, 2026, to respond to the Petition.

IT IS SO ORDERED.

Dated: **October 23, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE